446 A.2d 671

Commonwealth v. Pope, Appellant.

Petition for Allowance of Appeal Denied Sept. 13, 1982.

Submitted June 2, 1981.

Anthony P. Baratta, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

The judgment of sentence is affirmed on the comprehensive opinion by Judge James D. McCrudden of the Court of Common Pleas of Philadelphia County.